UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KATHRYN FJELD,

                      Plaintiff,

   -against-

INTERNATIONAL BUSINESS MACHINES,
INC., d/b/a IBM, ISOGON CORPORATION,
TETRAGON, L.L.C., STEVEN BARRITZ, and
ROBERT BARRITZ,

                      Defendants.

------------------------------------------------------------X

Index No. 07-CV-10355 (CM)(HBP)

**NOTICE OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT**

      **PLEASE TAKE NOTICE**, that upon the annexed Declaration of Diane Krebs, dated November 26, 2007, the accompanying Memorandum of Law, and the exhibits annexed thereto, and upon all prior pleadings and proceedings herein, the undersigned will move this court, before the Honorable Colleen McMahon, at the courthouse located at 500 Pearl Street, New York, NY 10007 at a time to be determined by the Court, for an Order pursuant to Rule 12(b)(6) and Rule 12(e) of the Federal Rules of Civil Procedure, granting the motion of Defendants IBM and Isogon Corporation to dismiss the complaint or, in the alternative, for a more definite statement.

Dated: New York, New York
November 26, 2007

        Respectfully submitted,

        GORDON & REES LLP

        */s/ Diane Krebs*
        Diane Krebs (DK 8280)
        Attorneys for Defendants IBM and Isogon Corporation
        90 Broad Street
        23rd Floor
        New York, NY 10004
        (212) 269-5500

TO: Robert D. Goner, Esq.
BUNTING, GONER & ASSOCIATES P.C.
*Attorneys for Plaintiff*
1983 Marcus Avenue, Suite 117
Lake Success, New York 11042
(516) 358-8825

Joseph J. Ortego, Esq.
Thomas M. Mealiffe, Esq.
NIXON PEABODY LLP
*Attorneys for Defendants*
*Steven Barritz and Robert Barritz*
50 Jericho Quadrangle
Jericho, New York 11753
(516) 832-7500

Tetragon, LLC
57 Ira Place
Syosset, NY