AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __NEW YORK__

Fjeld v. International Business Machines, Inc. et al

**APPEARANCE**

Case Number: 1:07-cv-10355-CM

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
Defendants, Robert Barritz and Steven Barritz

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/27/2007 | /s/ |
| Date | Signature |
| | Thomas Mealiffe — TM7369 |
| | Print Name / Bar Number |
| | Nixon Peabody LLP - 50 Jericho Quadrangle, Ste. 300 |
| | Address |
| | Jericho, NY 11753 |
| | City / State / Zip Code |
| | (516) 832-7500 / (516) 832-7555 |
| | Phone Number / Fax Number |