AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN **DISTRICT OF** NEW YORK

**APPEARANCE**

Fjeld v. International Business Machines, Inc. et al

Case Number: 1:07-cv-10355-CM

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant, Tetragon L.L.C.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/3/2007 | /s/ |
| Date | Signature |
| | Joseph J. Ortego                    JO3839 |
| | Print Name                         Bar Number |
| | Nixon Peabody LLP - 50 Jericho Quadrangle, Ste. 300 |
| | Address |
| | Jericho              NY              11753 |
| | City              State              Zip Code |
| | (516) 832-7500              (516) 832-7555 |
| | Phone Number              Fax Number |