AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

**APPEARANCE**

**Fjeld v. International Business Machines, Inc. et al**

Case Number: 1:07-cv-10355-CM

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant, Tetragon L.L.C.

I certify that I am admitted to practice in this court.

| 12/3/2007 | /s/ |
|---|---|
| Date | Signature |

| Thomas Mealiffe | TM7369 |
|---|---|
| Print Name | Bar Number |

Nixon Peabody LLP - 50 Jericho Quadrangle, Ste. 300
Address

| Jericho | NY | 11753 |
|---|---|---|
| City | State | Zip Code |

| (516) 832-7500 | (516) 832-7555 |
|---|---|
| Phone Number | Fax Number |