UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHRYN FJELD,<br><br>                                        Plaintiff,<br><br>- against -<br><br>INTERNATIONAL BUSINESS MACHINES, INC.,<br>d/b/a IBM, ISOGON CORPORATION,<br>TETRAGON, L.L.C., STEVEN BARRITZ,<br>ROBERT BARRITZ,<br><br>                                        Defendants. | **RULE 7.1 STATEMENT**<br><br>07 Civ. 10355 (CM/HBP) |

**DEFENDANT TETRAGON L.L.C.**
**STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant, Tetragon L.L.C., a private, non-governmental entity, certifies that the aforesaid defendant, Tetragon L.L.C., has no corporate parents, affiliates or subsidiaries that are publicly held and that no publicly-held corporation owns 10% or more of said party's respective stock.

Dated: Jericho, New York
           December 3, 2007

                                                                NIXON PEABODY LLP


                                                                By:_____/s/_____
                                                                    Joseph J. Ortego (JO 3839)
                                                                    Thomas M. Mealiffe (TM 7369)
                                                                *Attorneys for Defendant*
                                                                *Tetragon L.L.C.*
                                                                50 Jericho Quadrangle
                                                                Jericho, New York 11753
                                                                (516) 832-7500

10824830.1

TO:    Gerald A. Bunting, Esq.
Bunting, Goner & Associates PC
1983 Marcus Avenue, Suite 117
Lake Success, NY 11042
(516) 358-8825

Diane Krebs, Esq.
Gordon & Rees LLP
Attorneys for Defendants
IBM, Isogon Corporation
90 Broad Street, 23rd Floor
New York, NY 10004
(212) 239-5500

10824830.1