UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHRYN FJELD,<br><br>                           Plaintiff,<br><br>- against -<br><br>INTERNATIONAL BUSINESS MACHINES, INC.,<br>d/b/a IBM, ISOGON CORPORATION,<br>TETRAGON, L.L.C., STEVEN BARRITZ,<br>ROBERT BARRITZ,<br><br>                           Defendants. | 07 Civ. 10355 (CM/HBP)<br><br>**NOTICE OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT** |

**PLEASE TAKE NOTICE**, that upon the annexed Declaration of Thomas M. Mealiffe, dated December 3, 2007, the accompanying Memorandum of Law, and the exhibits annexed thereto, and upon all prior pleadings and proceedings herein, the undersigned will move this court, before the Honorable Colleen McMahon, at the courthouse located at 500 Pearl Street, New York, New York 10007 at a time to be determined by the Court for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(e), granting the motion of Defendant Tetragon L.L.C. (1) dismissing plaintiff's Fifth Cause of Action with prejudice; or (2) in the alternative, directing plaintiff to provide a more definite statement with regard to the Fifth Cause of Action.

Dated: Jericho, New York
December 3, 2007

                                                                NIXON PEABODY LLP

                                                By: /s/ Thomas M. Mealiffe
                                                    Joseph J. Ortego (JO 3859)
                                                    Thomas M. Mealiffe (TM 7369)
                                                    *Attorneys for Defendant*
                                                    *Tetragon L.L.C.*
                                                    50 Jericho Quadrangle
                                                    Jericho, New York 11753
                                                    (516) 832-7500

TO:    Gerald A. Bunting, Esq.
          Bunting, Goner & Associates PC
          1983 Marcus Avenue, Suite 117
          Lake Success, NY 11042
          (516) 358-8825

          Diane Krebs, Esq.
          Gordon & Rees LLP
          Attorneys for Defendants
          IBM, Isogon Corporation
          90 Broad Street, 23rd Floor
          New York, NY 10004
          (212) 239-5500

10823598.1