UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHRYN FJELD,

                            Plaintiff,

- against -

INTERNATIONAL BUSINESS MACHINES, INC.,
d/b/a IBM, ISOGON CORPORATION,
TETRAGON, L.L.C., STEVEN BARRITZ,
ROBERT BARRITZ,

                            Defendants.

07 Civ. 10355 (CM/HBP)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 8, 2008, the following documents were served on counsel listed below by depositing true copies thereof, enclosed in a wrapper addressed as shown below, into the custody of Federal Express for overnight delivery, prior to the latest time designated by that service for overnight delivery.

- Amended Motion to Dismiss Or, In the Alternative, for a More Definite Statement; Declaration of Thomas M. Mealiffe in Support of Motion, with Exhibits; Memorandum of Law in Support of Amended Motion dated Nov. 30, 2007. Documents electronically filed on behalf of Defendants, Steven Barritz and Robert Barritz.

Robert Goner, Esq.
Gerald A. Bunting, Esq.
Bunting, Goner & Associates PC
1983 Marcus Ave. Suite 117
Lake Success, NY 11042

Dated: January 9, 2008
       Jericho, New York

_____
THOMAS A. MEALIFFE

10866063.1