UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KATHRYN FJELD,

                        Plaintiff,                  Index No.: 07-CV-10355(CM)(HBP)

                                                     **AFFIDAVIT OF SERVICE**

            - against –

INTERNATIONAL BUSINESS MACHINES, INC.,
d/b/a IBM, ISOGON CORPORATION,
TETRAGON, L.L.C., STEVEN BARRITZ,
and DAVID BARRITZ

                        Defendants.
-----------------------------------------------------------------X

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NEW YORK  )

        SAMONA BUTLER, being duly sworn, deposes and says:

    1.    I am over eighteen years old, am not a party to this action, and reside in Queens County, State of New York.

    2.    On January 9, 2008 I caused to be served Defendant's Notice of Motion to Dismiss Or, In The Alternative, For a More Definitive Statement, Declaration of Diane Krebs in Support and Memorandum of Law in Support Of The Pre-Answer Motion of Defendants IBM and Isogon Corporation To Dismiss the Complaint Or, In the Alternative, For A More Definitive Statement via overnight mail, upon:

    Gerald A. Bunting, Esq.
    Law Offices of Gerald A. Bunting
    Attorneys for Plaintiff
    114 Old Country Road
    Suite 616
    Mineola, NY  14623

                                                             SAMONA BUTLER

Sworn to before me this
9th day of January, 2008

EMILY R. GREENE
Notary Public, State of New York
No. 01GR6152039
Qualified in New York County
Commission Expires Aug. 29, 2010

_____
Notary Public

CHUBB/1035877/1008196v.1